IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01581-GBG-SBP

JENNIFER FOWLER, on behalf of herself and all other plaintiffs similarly situated, known and unknown

    Plaintiff,

v.

DENNEY TRANSPORT, LTD., a Colorado corporation

    Defendant.

---

## PARTIES' NOTICE OF SETTLEMENT

---

The parties, by and through undersigned counsel, hereby submit their Notice of Settlement:

1. On March 28, 2024, Plaintiff filed her Unopposed Motion to Stay Deadlines. Dkt. 39. Plaintiff filed the motion so that the parties could dedicate time and resources to settlement discussions.

2. Over the course of the stay, the parties engaged in substantive settlement discussions.

3. On June 19, 2024, the parties reached agreement in principle to resolve the case.

4. The parties are in the process of drafting and negortiating the settlement agreement, which will be executed by all parties in the coming days.

5. The parties anticipate filing a stipulation of dismissal with prejudice within 60 days.

6.      Should a stipulation of dismissal not be filed within 45 days, the parties request that the Court require a joint status report be filed at which point they will update the Court on settlement.

Dated: June 21, 2024.

<u>/s/ Samuel D. Engelson</u>
Michael D. Kuhn
Andrew E. Swan
Samuel D. Engelson
LEVENTHAL | LEWIS
KUHN TAYLOR SWAN PC
3773 Cherry Creek North Drive, Suite 710
Denver, Colorado 80209
Telephone: (720) 699-3000
Email: mkuhn@ll.law
      aswan@ll.law
      sengelson@ll.law

John W. Billhorn
Billhorn Law Firm
7900 E. Union Av., Suite 1100
Denver, CO 80237
Telephone: 720-386-9006
Email: info@billhornlaw.com

**Attorneys for Plaintiffs**

<u>/s/ Juan S. Ramirez</u>
Juan S. Ramirez
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Facsimile:   303.244.1879
Email: ramirez@wtotrial.com

**Attorney for Defendant**